performance of nonscientific standardized field sobriety tests when those tests are not administered in strict compliance with the National Highway Traffic Safety Administration guidelines?"

RESNICK and F.E. SWEENEY, JJ., dissent.

O'CONNOR, J., not participating.

The conflict cases are *State v. Brandenburg,* Montgomery App. No. 18836, 2002-Ohio-912; *State v. Schmitt,* Mercer App. No. 10–01–16, 2002-Ohio-4615; and *State v. Pingor,* Franklin App. No. 01AP–302, 2001-Ohio-4088.

**2002–2043.   State v. Curtis.**
Jefferson App. No. 01JE16, 2002-Ohio-3054. On motion for leave to file delayed appeal. Motion denied.

**2002–2069.   Lake Land Emp. Group of Akron, LLC v. Columber.**
Summit App. No. 21084, 2002-Ohio-5551. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page 2 of the court of appeals' Journal Entry dated November 4, 2002:

"Is subsequent employment alone sufficient consideration to support a covenant-not-to-compete agreement with an at-will employee entered into after employment has already begun?"

RESNICK and F.E. SWEENEY, JJ., dissent.

The conflict cases are *Swagelok Co. v. Young,* 8th Dist. No. 78976, 2002-Ohio-3416, 2002 WL 1454058; and *Refrigeration, Air Conditioning & Heating, Inc. v. Maynard* (Jan. 18, 2000), 12th Dist. No. CA99–05–047, 2000 WL 36102.

**2002–2091.   State v. Gorman.**
Hamilton App. No. C–840707. On motion for leave to file delayed appeal. Motion denied.

**2002–2096.   Copeland & Brown Co., L.P.A. v. Darby.**
Hamilton App. No. C–010388. On motion for stay of court of appeals' judgment. Motion denied.

**2002–2102.   State v. Paxton.**
Lorain App. No. 01CA007818, 2002-Ohio-221. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2002–2197.   In re Williams.**
Geauga App. No. 2002–G–2454, 2002-Ohio-6588. On motion for stay of court of appeals' decision. Motion granted.

PFEIFER, COOK and O'CONNOR, JJ., dissent.

**2002–2199.   In re Williams.**
Geauga App. No. 2002–G–2459, 2002-Ohio-6588. On motion for stay of court of appeals' decision. Motion granted.

PFEIFER, COOK and O'CONNOR, JJ., dissent.

